UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN KINNEY,<br><br>      Plaintiff,<br><br>   vs.<br><br>SANTA ANA POLICE DEPARTMENT; CITY OF SANTA ANA; JIMMY CORREAL, an individual; LUIS CASILLAS, an individual; JESSE HERNANDEZ, an individual; DEBORAH WOLEN, an individual; and DOES 1 to 35, inclusive,<br><br>      Defendants. | Case No.: 8:24-cv-01286-JWH-JDE<br><br>**STIPULATED PROTECTIVE ORDER RELATED TO MINOR I.K.'S DEPOSITION** |

Having reviewed the Stipulation and [Proposed] Protective Order of the parties hereunder agreeing to certain limits on time, scope, and confidentiality of Plaintiff I.K.'s deposition transcript, as well as its use in this litigation, and good cause appearing hereto, the Court hereby ORDERS as follows:

   1.   Plaintiff I.K.'s deposition will not exceed four hours from the time the deposition commences, excluding any breaks taken by either party.

   2.   The scope of Plaintiff I.K.'s deposition will be limited to the allegations related to Plaintiff I.K.'s Complaint, the incident complained about and any claimed damages.

3. The deposition transcript shall be marked as "Confidential" to protect the minor's privacy interests. The parties will be permitted to use the transcript for all purposes in this proceeding and any appeal stemming from this proceeding only.

In accordance with Rule 5.2(a) of the Federal Rules of Civil Procedure, personal information including minor's name, date of birth, and other personal information as described in Rule 5.2(a) must be redacted from I.K.'s deposition transcript, and any other transcripts in this matter where minor's private information is revealed by another party or witness in this case, prior to using said transcripts as described above.

**IT IS SO ORDERED.**

Dated: April 1, 2025

_____
JOHN D. EARLY
United States Magistrate Judge